IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID MARTIN PYLE                                                    PLAINTIFF

         v.                           Civil No. 11-5038

DR. JOHN HUSKINS and
SHERIFF KEITH FERGUSON                                              DEFENDANTS


                         O R D E R

     Now on this 16th day of June, 2011, comes on for consideration
the **Report and Recommendation of the Magistrate Judge** (Doc. 15) to
which no objections have been filed.  The Court, being well and
sufficiently advised, has reviewed the Report and Recommendation
and finds that it is sound in all respects and should be adopted *in
toto.*

     **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and
Recommendation** (Doc. 15) is hereby **adopted *in toto;*** and

     **IT IS FURTHER ORDERED** that, for the reasons stated in the
Magistrate Judge' Report and Recommendation, defendant's **Motion for
Injunction (Doc. 9)** is hereby **DENIED.**

     **IT IS SO ORDERED.**


                              /s/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE