```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**DAVID MARTIN PYLE**                                                      **PLAINTIFF**

v.                       Civil No. 11-5038

**DR. JOHN HUSKINS and**
**SHERIFF KEITH FERGUSON**                                                **DEFENDANTS**

### O R D E R

Now on this 23rd day of September, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 32), to which no objections have been filed. The Court, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 32) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 32), plaintiff's complaint is hereby **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

                                         /s/Jimm Larry Hendren
                                         HON. JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE